**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| GERRY SEABOLDT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-0694-CV-W-DW |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Plaintiff's Motion to Remand (Doc. 4). For the following reasons, the motion is denied.

Plaintiff argues that this case should be remanded because Defendant Universal Underwriters Insurance Company ("Universal") is a citizen of Missouri and the case cannot be removed from state court by operation of the "forum defendant" rule. 28 U.S.C. § 1441; Hurt v. Dow Chem. Co., 963 F.2d 1142, 1145 (8th Cir. 1992). Plaintiff relies on 28 U.S.C. § 1441(c)(1) to establish that Universal is a citizen of Missouri. Under this provision, Plaintiff is correct only if the instant case is a "direct action against an insurer." It is not. This Court has previously held that an insured suing his own insurer is not a "direct action." Bucey v. Washington Nat. Life Ins. Co., 2006 WL 1495077 at *1 (W.D. Mo. 2006).

Accordingly, the Court has subject matter jurisdiction over this case and remand is not authorized. Plaintiff's Motion to Remand (Doc. 4) is DENIED.

Dated: January 29, 2008 .

/s/ Dean Whipple
**DEAN WHIPPLE**
**UNITED STATES DISTRICT JUDGE**