**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| GERRY SEABOLDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 07-CV-00694-DW |
| | ) | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**SECOND JOINT STIPULATON OF FACTS**

1. Plaintiff filed a worker's compensation claim with regard to the accident referred to in ¶ 6 of the parties Joint Stipulation of Facts.

2. Plaintiff has not received a final award of benefits in connection with his worker's compensation proceedings. Said case is currently pending.

3. There are not any other underinsurance policies that are applicable to this case.

Respectfully Submitted,

MCCARTHY, LEONARD, KAEMMERER, L.C.

By: /s/ Bryan M. Kaemmerer

Brian E. McGovern, #3804
Bryan M. Kaemmerer, #498692
400 South Woods Mill Rd., Suite 250
Chesterfield, MO 63017
314 392-5200
314 392-5221 – FAX
Attorneys for Defendant

VON ERDMANNSDORFF, MOWRY AND BARTLETT

By: /s/ Eric E. Bartlett

Stephen L. Mowry, #31237
Eric E. Bartlett, #45638
5600 N. Antioch Road
Kansas City, Missouri 64119
816 452-1800
816 452-2079
Attorneys for Plaintiff